TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00614-CR

Robert Moore, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT

NO. 0961581, HONORABLE FRED A. MOORE, JUDGE PRESIDING

PER CURIAM

Appellant Robert Moore's community supervision was revoked after he pleaded true
to three alleged violations of the supervisory conditions. Appellant had been placed on community
supervision following his conviction for possession of heroin. See Tex. Health & Safety Code
Ann. § 481.115 (West Supp. 1999). The district court imposed sentence of imprisonment for five
years. 

Appellant's court-appointed attorney filed a brief concluding that the appeal is
frivolous and without merit. The brief meets the requirements of Anders v. California, 386 U.S.
738 (1967), by presenting a professional evaluation of the record demonstrating why there are no
arguable grounds to be advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State,
573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App.
1974); Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d
137 (Tex. Crim. App. 1969). A copy of counsel's brief was delivered to appellant, and appellant
was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief
was filed.

We have reviewed the record and counsel's brief and agree that the appeal is
frivolous and without merit. We find nothing in the record that might arguably support the appeal.

The order revoking community supervision is affirmed.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Affirmed

Filed: May 27, 1999

Do Not Publish